UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MARY KHORASANI, | Case No. 1:23-cv-01444-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 13) |
| Defendant. | |

Plaintiff Amanda Mary Khorasani ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On December 11, 2023, Defendant lodged the applicable administrative record to the Court. (Doc. 11).

Pending before the Court is the parties' stipulated request, filed on December 20, 2023, to extend the time for Plaintiff to file and serve her motion for summary judgment from January 10, 2024, to March 11, 2024. (Doc. 13).

For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file her motion for summary judgment on or before March 11, 2024; and

2. The timelines for the filing of a response brief and reply shall be governed by the Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated:   **December 21, 2023**

_____
UNITED STATES MAGISTRATE JUDGE