UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MARY KHORASANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01444-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING *NUNC PRO TUNC* DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

  Plaintiff Amanda Mary Khorasani ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On December 11, 2023, Defendant lodged the applicable administrative record to the Court. (Doc. 11).

  On December 20, 2023, the Court granted the parties' stipulated request and extended the time for Plaintiff to file and serve her motion for summary judgment to March 11, 2024. (Docs. 13, 14).

  On March 11, 2024, the day Plaintiff's motion for summary judgment was due, Plaintiff filed a second stipulated request for an extension of time to file and serve her motion for summary judgment to March 15, 2024. (Doc. 15). Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the

need for an extension becomes apparent." L.R. 144(d).

Here, given Counsel for Plaintiff's representations about the reasons Plaintiff seeks an extension of time (Doc. 15), it should have become apparent before the due date for filing the motion for summary judgment that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file the request for extension of time before now.

<u>As this Court repeatedly has advised and cautioned in other cases where counsel has filed a request to extend a case management date on the date of expiration,</u>[1] the Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that Plaintiff seeks to extend. *See* L.R. 144(d) ("Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.").

For the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file a motion for summary judgment is extended *nunc pro tunc* from March 11, 2024, to March 15, 2024;
2. No further extension will be granted without a timely-filed request by one or both parties supported by a showing of good cause; and
3. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated: **March 12, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] *E.g.*, *Benjamin Emerson Jones v. Commissioner*, No. 1:22-cv-1635-JLT-CDB (Doc. 15); *Eric Wilhelm Wagner v. Commissioner*, No. 1:22-cv-1566-CDB (Doc. 16); *Ronnie Cabana Ripoyla v. Commissioner*, No. 1:22-cv-1220-CDB (Doc. 18); *Anthony Shane Porter v. Commissioner*, No. 1:22-cv-0369-AWI-CDB (Doc. 18); *Xeya Mancilla v. Commissioner*, No. 1:22-cv-0349-CDB (Doc. 19); *Destiny Monique Clark v. Kijakazi*, No. 1:21-cv-1022-CDB (Doc. 25); *Luz Maria Orozco v. Commissioner*, No. 1:22-cv-1478-CDB (Doc. 17).